KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEILA CLEVELAND, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendants. | No. C 06-3853 PJH <br> **E-Filing Case** <br><br> STIPULATION EXTENDING TIME FOR CASE MANAGEMENT CONFERENCE [~~PROPOSED~~ ORDER] |

The following is hereby stipulated by and between the undersigned, subject to the approval of the Court: the date for the case management conference previously scheduled for September 21, 2006 is enlarged to **November 16, 2006** at 2:30 p.m.

An extension is required due to service issues. The United States of America was served on August ?, 2006. Parties would like to schedule the case management conference for a mutually convenient date after the date the responsive pleading is due to be filed which is October 10, 2006. This is the first request for an extension of time. No other dates have been calendered, therefore, this enlargement of time for the initial case management conference will not cause any undue delay in the trial timing.

DATED: By: _____
MICHAEL HENDERSON
Attorney for Plaintiff

```
                              KEVIN V. RYAN
                              United States Attorney

DATED:              By:       _____
                              KATHERINE B. DOWLING
                              Assistant United States Attorney
                              Attorneys for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: 9/5/06
                              _____
                              HONORABLE PH
                              UNITED STATES
```

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton]*