1  SCOTT N. SCHOOLS, SBN 9990
   United States Attorney
2  JOANN SWANSON, CSBN 135879
   Chief, Civil Division
3  KATHERINE DOWLING, CSBN 220767
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, CA 94102-3495
     Telephone: (415) 436-6833
6    Facsimile:  (415) 436-7169

7  Attorneys for Defendant

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 SHEILA CLEVELAND et al.,           )  No. C 06-3853 PJH
                                      )  **E-Filing Case**
12             Plaintiff,             )
                                      )  STIPULATION EXTENDING TIME FOR
13       v.                           )  DISCOVERY
                                      )  [PROPOSED ORDER]
14 UNITED STATES OF AMERICA           )
                                      )
15             Defendants.            )
                                      )
16 _____  )

17

18       The following is hereby stipulated by and between the undersigned, subject to the approval
19 of the Court: the date for the close of fact discovery previously set for June 15, 2007 is enlarged to
20 **July 20, 2006**, the date for filing of summary judgment motions previously set for July 18, 2007 is
21 enlarged to **August 22, 2007** (hearing on September 26, 2007), and the date to complete mediation
22 previously set for September 21, 2007 is enlarged to **October 26, 2007**.
23       An extension is required because the majority of the witnesses are located in Crescent City,
24 California. Because of this geographic distance, identification of proper deponents and scheduling
25 of depositions there is time consuming.
26       This is the first request for an extension of time for discovery. The trial date has not been
27 calendered, therefore, this enlargement of time for discovery will not cause delay in the trial timing.
28 In addition, the parties have already agreed on a private mediator in the event that the summary

1 | judgment motion is not granted.
2 |
3 | DATED: 5/14/07        By: _____
4 |                            MICHAEL HENDERSON
                               Attorney for Plaintiff
5 |
6 |                            SCOTT N. SCHOOLS
                               United States Attorney
7 |
8 | DATED: 5·11·07        By: _____
                               KATHERINE B. DOWLING
9 |                            Assistant United States Attorney
                               Attorneys for Defendant
10 |
11 |
12 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
13 |
14 | DATED:  05/15/07      HONORABLE PHYLLIS J. HAMILTON
15 |                       UNITED STATES DISTRICT COURT JUDGE

