TEAL & MONTGOMERY
STEVEN O. TEAL (Bar No. 58454)
MICHAEL S. HENDERSON (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-1212
Facsimile: (707) 544-1388

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEILA CLEVELAND, CHELSEA CLEVELAND, TYSON CLEVELAND, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C 06-3853 PJH <br> E-Filing Case <br><br> **STIPULATION TO ENLARGE DEADLINE TO COMPLETE MEDIATION** <br><br> [~~PROPOSED~~ ORDER] |

Parties stipulate to the following, subject to the approval of the Court:

The current deadline for mediation is enlarged from December 19, 2007 until January 31, 2007.

Parties are requesting an enlargement of time for the mediation of this case because parties' cross-motions for summary judgment are currently under submission with the Court. Parties contend that mediation of this case prior to receipt of this Court's order on the outstanding jurisdictional issues would be futile.

Parties have already agreed to a private mediator. There are no other dates currently calendared for this case so this will not cause any undue delay in trial scheduling.

For the foregoing reasons, the parties stipulate to enlarge the deadline to complete the mediation to January 31, 2007.

STIPULATION TO ENLARGE MEDIATION DEADLINE                                              PAGE 1

1
2        This is the fourth request to enlarge deadlines in this matter.
3
4   DATED: December 13, 2007                TEAL & MONTGOMERY
5
6                                           By: _____
7                                               MICHAEL S. HENDERSON
                                                Attorneys for Plaintiffs
8   DATED: December 13, 2007                SCOTT N. SCHOOLS
                                            United States Attorney
9
10                                          By: _____
                                                KATHERINE B. DOWLING
11                                              Assistant United States Attorney
                                                Attorneys for Defendant
12
13
14  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
15
16  DATED: 12/17/07
17                                          _____
                                            [Judge signature]
18                                          Judge Phyllis J. Hamilton
                                            United States District Court
19                                          Northern District of California
20
21
22
23
24
25
26
27
28

STIPULATION TO ENLARGE MEDIATION DEADLINE                        PAGE 2