**TEAL & MONTGOMERY**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON  (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEILA CLEVELAND, CHELSEA CLEVELAND, TYSON CLEVELAND,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  C 06-3853 PJH<br>**E-Filing Case**<br><br>**STIPULATION TO ENLARGE DEADLINE TO COMPLETE MEDIATION**<br><br>[~~PROPOSED~~ ORDER] |

Parties stipulate to the following, subject to the approval of the Court:

The current deadline for mediation is enlarged from January 31, 2008 until February 29, 2008.

Parties are requesting an enlargement of time for the mediation of this case because parties' cross-motions for summary judgment are currently under submission with the Court. Parties contend that mediation of this case prior to receipt of this Court's order on the outstanding jurisdictional issues would be futile.

Parties have already agreed to a private mediator. There are no other dates currently calendared for this case so this will not cause any undue delay in trial scheduling.

For the foregoing reasons, the parties stipulate to enlarge the deadline to complete the mediation to February 29, 2008.

STIPULATION TO ENLARGE MEDIATION DEADLINE                                                              PAGE 1

This is the fifth request to enlarge deadlines in this matter.

DATED: January 29, 2008　　　　　　　　TEAL & MONTGOMERY

　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　MICHAEL S. HENDERSON
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: January 29, 2008　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　NEILL T. TSENG
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 1/30/08

HON. PHYLLIS J. HAMILTON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*