**TEAL & MONTGOMERY**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON  (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFFS

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6927
Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEILA CLEVELAND, CHELSEA CLEVELAND, TYSON CLEVELAND,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  C 06-3853 PJH<br>**E-Filing Case**<br><br>**STIPULATION TO ENLARGE DEADLINE TO COMPLETE MEDIATION**<br><br>**[P~~ROPOSE~~D ORDER]** |

Parties stipulate to the following, subject to the approval of the Court:

The current deadline for mediation is enlarged from February 29, 2008, until ninety (90) days after the date of filing of the Court's order on the parties' cross-motions for summary judgment.

Parties are requesting an enlargement of time for the mediation of this case because

parties' cross-motions for summary judgment are currently under submission with the Court. Parties contend that mediation of this case prior to receipt of this Court's order on the outstanding jurisdictional issues would be futile.  Additionally, enlargement of the mediation deadline to 90 days after the date of the Court's order will allow time for the parties to conduct discovery on damages so as to make the mediation more meaningful. At this time, no discovery on damages has been conducted by either party because discovery was bifurcated between liability and damages pending a ruling on the issues presented in the cross-motions for summary judgment.

    Parties have already agreed to a private mediator. There are no other dates currently calendared for this case so this will not cause any undue delay in trial scheduling.

    For the foregoing reasons, the parties stipulate to enlarge the deadline to complete the mediation to ninety (90) days after the date of filing of the Court's order on the parties' cross-motions for summary judgment.

    This is the sixth request to enlarge deadlines in this matter.

TEAL & MONTGOMERY

DATED:	February 20, 2008	By:	_____/s/_____
    MICHAEL S. HENDERSON
    Attorneys for Plaintiffs

    JOSEPH P. RUSSONIELLO
    United States Attorney

DATED:	February 20, 2008	By:	_____/s/_____
    NEILL T. TSENG
    Assistant United States Attorney
    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 2/20/08	_____
    HON. PHYLLIS J.
    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*